

1997 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-23-1997

# Yeskey v. PA Dept Corrections

Precedential or Non-Precedential:

Docket 96-7292

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1997

Recommended Citation

"Yeskey v. PA Dept Corrections" (1997). *1997 Decisions*. Paper 165.
http://digitalcommons.law.villanova.edu/thirdcircuit_1997/165

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1997 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

γIεZζ/!I